IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| JAMAAL WRIGHT, | ) |
| Plaintiff, | ) ) ) ) |
| v. | ) CASE NO. CV422-119 |
| KORBIN TIPPETT, MARQUETTE SISTRUNK, and GEORGIA DEPARTMENT OF CORRECTIONS, | ) ) ) ) ) |
| Defendants. | ) ) |

## O R D E R

Before the Court is Georgia Department of Corrections' ("GDC") Motion for Judgment on the Pleadings. (Doc. 5.) Plaintiff Jamaal Wright has opposed this motion. (Doc. 9.)

Plaintiff filed this action in the State Court of Liberty County, Georgia, on March 28, 2022, alleging Defendants committed various constitutional violations against him while he was incarcerated at Georgia State Prison in Reidsville, Georgia. (Doc. 1, Attach. 1 at 7-9.) GDC answered the complaint and removed the case to this Court on May 05, 2022.[1] (Doc. 1; Doc. 1, Attach. 2.) On May 6, 2022, GDC filed its motion for judgment on the pleadings. (Doc. 5.) Plaintiff subsequently filed his Amended Complaint on May 10, 2022. (Doc. 8.)

---

[1] There is no indication that any defendant besides GDC has been served in this case.

Under Federal Rule of Civil Procedure 15(a)(1),

> [a] party may amend its pleading once as a matter of course within
>
> (A) 21 days after serving it, or
>
> (B) If the pleading is one to which a responsive pleading is required, 21 days after service of a responsive pleading or 21 days after service of a motion under Rule 12(b), (e), or (f), whichever is earlier.

Fed. R. Civ. P. 15(a)(1)-(2). When an amended pleading is filed, it "supersedes the former pleading[.]" Dresdner Bank AG v. M/V Olympia Voyager, 463 F.3d 1210, 1215 (11th Cir. 2006) (citation omitted); see also Malowney v. Fed. Collection Deposit Grp., 193 F.3d 1342, 1345 n.1 (11th Cir. 1999) ("An amended complaint supersedes an original complaint.") Accordingly, a dispositive motion seeking to dismiss an earlier complaint is rendered moot by the filing of a valid amended complaint. See Brown v. Credit Mgmt., LP, No. 1:14-CV-2274-TWT, 2015 WL 224758, at *2 (N.D. Ga. Jan. 15, 2015) ("[T]he second amended complaint will render moot the motion for judgment on the pleadings because that motion seeks to dismiss a pleading that will have been superseded." (collecting cases)).

Because Plaintiff filed his amended complaint within 21 days after service of GDC's answer, the Court concludes it is a valid amended complaint that supersedes Plaintiff's original complaint. As a result, GDC's motion for judgment on the pleadings (Doc. 5) is **DISMISSED AS MOOT**. Therefore, GDC's Motion to Stay Discovery

Pending Resolution of Its Motion for Judgment on the Pleadings (Doc. 6) is also **DISMISSED AS MOOT.**

SO ORDERED this 23rd day of May 2022.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA