IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| JAMAAL WRIGHT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. CV422-119 |
| ) | |
| KORBIN TIPPETT, MARQUETTE ) | |
| SISTRUNK, and GEORGIA ) | |
| DEPARTMENT OF CORRECTIONS, ) | |
| ) | |
| Defendants. ) | |
| ) | |

**O R D E R**

Before the Court are Plaintiff Jamaal Wright's Stipulation Voluntarily Dismissing Korbin Tippett and Marquette Sistrunk as Parties-Defendant with Prejudice (Doc. 63) and Stipulation of Dismissal with Prejudice (Doc. 65). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), a plaintiff may dismiss an action by filing "a stipulation of dismissal signed by all parties who have appeared." The Eleventh Circuit has also "recognized that Rule 41(a) allows a district court to dismiss all claims against a particular defendant." Rosell v. VMSB, LLC, 67 F.4th 1141, 1144 n.2 (11th Cir. 2023) (emphasis omitted). First, because Plaintiff's stipulation regarding Defendants Tippett and Sistrunk dismisses all claims against them and is signed by all the parties who have appeared, the parties' request (Doc. 63) is **GRANTED**. Defendants Tippett and Sistrunk are therefore **DISMISSED WITH**

**PREJUDICE.** Second, because all parties have signed Plaintiff's stipulation of dismissal with prejudice, the parties' request (Doc. 65) is **GRANTED**, and at the parties' request, this action is **DISMISSED WITH PREJUDICE.** The Clerk of Court is **DIRECTED** to terminate all other pending motions and close this case.

SO ORDERED this **27th** day of June 2023.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA